**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __1st__    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | Joel Vargas | JOINT DEBTOR: | Gladys I Cespedes-Vargas | CASE NO.: |
|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-4353 | Last Four Digits of SS# | xxx-xx-3821 | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __331.32__ for months __1__ to __60__ ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,500.00__   TOTAL PAID $ __3,500.00__
Balance Due $ _____ payable $ _____ /month (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months _ to _)
Account No: _____   Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **298.18** /month (Months **1** to **60**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**Special Intentions:**
**Bnkunted Fsb: Debtor will pay claim directly.**
**Regions: Debtor will pay claim directly.**

**The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that each year the case is pending the debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Joel Vargas | /s/ Gladys I Cespedes-Vargas |
|---|---|
| **Joel Vargas** | **Gladys I Cespedes-Vargas** |
| Debtor | Joint Debtor |
| Date:  **December 3, 2015** | Date:  **December 3, 2015** |

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy